GARY DIAZ
9313 Dorrell Lane
Las Vegas, NV  89149
702.723.8319

*Pro Se*

2012 MAY 30  P 2: 20

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GARY DIAZ, <br><br> Plaintiff, <br> vs. <br><br> WELLS FARGO BANK, N.A.; DOE 1; STRUCTURED ASSETS SECURTIES CORPORATION; STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASSTHROUGH CERTIFICATE SERIES 2005-4; HSBC BANK USA, N.A.; MORTGAGE ELECTRONIC RECORDATION SERVICES ("MERS"); WELLS FARGO BANK, N.A.; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO; And DOES 1 to 20, Inclusive, <br><br> Defendant's | Case No.: 2:12-cv-00850-GMN-CWH <br><br> **CORRECTION OF FILINGS** |

COMES NOW the Plaintiff, **GARY DIAZ**, filing for himself as the interested partie(s) in the outcome of this case. This case was filed incorrectly, as *Diaz v. Diaz, et el*, the *DEFENDANT'S in this case are as named above as set forth in the above caption*

**DATED: MAY 25, 2012**

Gary Diaz